TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH, NVSBN 5634
First Assistant United States Attorney
District of Nevada

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Social Security Administration
Program Litigation 1 | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL KENNETH HASTINGS,

Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

Case No.: 2:26-cv-01836-EJY

**UNOPPOSED MOTION FOR EXTENSION OF TIME (*FIRST REQUEST*)**

Defendant, Frank Bisignano, Commissioner of Social Security (Defendant), respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Brief (Dkt. No. 12, filed on October 13, 2026), currently due on November 12, 2026, by 32 days, through and including December 14, 2026. Defendant further requests that the deadline for Plaintiff's optional reply brief be extended to December 28, 2026.

This is Defendant's first request for an extension of time to file a response. Good cause exists for this extension. Plaintiff's brief includes a novel issue of law, which has required Defendant's

undersigned counsel to seek guidance from specialized attorneys within the undersigned's office to formulate a proper response. Additional time is needed for Defendant's undersigned counsel to consider the issues Plaintiff raised in his opening brief. Counsel for Defendant advised counsel for Plaintiff of the need for this extension on November 10, 2026. Counsel for Plaintiff confirmed that Plaintiff does not object to this request.

It is therefore requested that Defendant be granted an extension of time to respond to Plaintiff's Brief, through and including December 14, 2026. This request is made in good faith and with no intention to unduly delay the proceedings.

Dated: November 10, 2026

Respectfully submitted,

SIGAL CHATTAH
First Assistant United States Attorney

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney

IT IS SO ORDERED:

[signature]
UNITED STATES MAGISTRATE JUDGE

DATED: November 10, 2026